# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| MICHAEL D. HARVEY | CASE NUMBER: 1:06mj31-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL D. HARVEY__
                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
crossing a state line with intent to engage in a sexual act with a person who has not attained the age of 12 years or engaging in a sexual act with a person who has not attained the age of 12 years within the special maritime and territorial jurisdiction of the United States,

in violation of Title __18__, United States Code, Section(s) __2241(c)__.

Delores R. Boyd                                          UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                  Title of Issuing Officer

_[signature]_                                            3/16/06    Montgomery AL
Signature of Issuing Officer                             Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest