FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

APR - 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:06CR107-MHT |
| ) | [18 USC 2244(a)(1); |
| MICHAEL D. HARVEY ) | 18 USC 2241(c)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about October 31, 2005, in Dale County, within the Middle District of Alabama,

MICHAEL D. HARVEY,

defendant herein, while within the boundaries of Fort Rucker, Alabama, a United States Army installation, an area within the special territorial jurisdiction of the United States, did knowingly engage in sexual contact with "John Doe," a person who at the time had not attained the age of 12 years, when MICHAEL D. HARVEY placed "John Doe's" hands on his (Harvey's) penis, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2244(a)(1).

## COUNT 2

On or about November 22, 2005, in Dale County, within the Middle District of Alabama,

MICHAEL D. HARVEY,

defendant herein, while within the boundaries of Fort Rucker, Alabama, a United States Army installation, an area within the special territorial jurisdiction of the United States, did knowingly

engage in a sexual act with "John Doe," a person who at the time had not attained the age of 12 years, when MICHAEL D. HARVEY intentionally touched, not through clothing, "John Doe's" penis, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2241(c).

### COUNT 3

On or about November 23, 2005, in Dale County, within the Middle District of Alabama,

MICHAEL D. HARVEY,

defendant herein, while within the boundaries of Fort Rucker, Alabama, a United States Army installation, an area within the special territorial jurisdiction of the United States, did knowingly engage in a sexual act with "John Doe," a person who at the time had not attained the age of 12 years, when MICHAEL D. HARVEY intentionally touched, not through clothing, "John Doe's" penis, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 2241(c).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney