IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:06CR107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____April 19, 2006_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

MICHAEL D. HARVEY

before the United States District Court at _____One Church Street, Montgomery, AL

in Courtroom 4-B on the _19th_ Day of _____April, 2006_____

at _____10:00 a.m._____

DONE this __6th__ day of April, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _/s/ Kelli Gregg_
Deputy Clerk