IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v | ) | |
| MICHAEL D. HARVEY | ) | CR. NO.    1:06CR107-MHT |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Michael D. Harvey**, the defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_4/15/06_
DATE

_Michael Harvey_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT