IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   1:06-cr-107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____    Crime of violence (18 U.S.C. 3156)

    ___X___    Maximum sentence of life imprisonment or death

    ___X___    10 + year involving a minor

    _____    Felony, with two prior convictions in the above categories

    ___X___    Serious risk the defendant will flee/not appear

    _____    Serious risk of obstruction of justice (i.e., risk of   Witness intimidation)

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    ___X___    Defendant's appearance as required

    ___X___    Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>

The United States invokes the rebuttable presumption against defendant under Section 3142(e).

4.  <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____        At the initial appearance

\_\_X\_\_\_        After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 19th day of April, 2006.

                    LEURA GARRETT CANARY
                    United States Attorney


                    /s/ Verne H. Speirs
                    VERNE H. SPEIRS
                    Assistant United States Attorney
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    334.223.7280
                    334.223.7135 fax
                    verne.speirs@usdoj.gov