IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr107-MHT |
| | ) | |
| MICHAEL HARVEY | ) | |

## WAIVER OF DETENTION HEARING

I, Michael Harvey, having been informed of my right to a detention hearing by my counsel, Kevin L. Butler, at this time waive detention hearing and submits no opposition to the Government's's motion for detention. However, I reserve the right to reopen the detention hearing if new and material evidence is presented to the court.

Dated this 21st day of April 2006.

*/s/ Michael D Harvey*
MICHAEL HARVEY