IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR107-MHT |
| | ) | |
| MICHAEL HARVEY | ) | |

**ORDER**

Pursuant to a motion filed by the United States, the court set a detention hearing in this case on April 21, 2006. Prior to that hearing, the defendant filed a written waiver of detention hearing (doc. # 15). Accordingly, it is

ORDERED that the detention hearing set on April 21, 2006, be and is hereby CANCELLED. It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 21st day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE