IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v )        CR. NO. 1:06cr107-MHT
)
MICHAEL D. HARVEY )

**ORDER**

Now pending before the court is the defendant's motion for an extension of time to file pretrial motions (doc. # 17) filed on May 30, 2006.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 17) be and is hereby GRANTED and the time for filing pretrial motions be and is hereby EXTENDED from May 31, 2006 until June 14, 2006.

Done this 1st day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE