| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE : JUNE 2, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:06 - 1:08 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR107-MHT-CSC     **DEFENDANT NAME:** MICHAEL D. HARVEY

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. VERNE SPEIRS | ATTY. CHRISTINE FREEMAN |

√  **DISCOVERY STATUS:** Completed.

√ **PENDING MOTION STATUS:**   NONE.

☐   **PLEA STATUS:**

√   **TRIAL STATUS:** Case will take 1 day, if goes to trial.

√   **REMARKS:** Defense counsel informed the court that the deft has a 51 IQ, there may be some competency issues and possible motions to be filed. Deft is currently being evaluated by expert, evaluation has not been completed. Will advised the court if an continuance of trial is necessary.