IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v    ) | CR. ACTION NO. 1:06cr107-MHT |
| ) | |
| MICHAEL D. HARVEY    ) | |

**ORDER**

Now pending before the court is the defendant's motion to file pleading out of time (doc. # 21). For good cause, it is

ORDERED that the motion to file pleading out of time (doc. # 21) be and is hereby GRANTED.

Done this 19th day of June, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　　
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE