IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:06cr107-MHT |
| ) | |
| MICHAEL HARVEY ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Michael Harvey, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the August 7, 2006 trial term.

*Michael Harvey*  6-20-06
MICHAEL HARVEY