IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

**ORDER**

Upon consideration of the motion to suppress filed by the defendant, it is

ORDERED that status and scheduling conference by telephone be and is hereby set on June 28, 2006, at 3:30 p.m. The United States shall set up the telephone conference call.

Done this 26th day of June, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE