# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  CHARLES S. COODY, MAG JUDGE                AT    MONTGOMERY,    ALABAMA

DATE COMMENCED    JUNE 28, 2006                  AT       3:32         A.M./P.M.

DATE COMPLETED    JUNE 28, 2006                  AT       3:35         A.M./P.M.

UNITED STATES OF AMERICA           )
                                   )
    v                              )     Cr No. 1:06cr107-MHT
                                   )
MICHAEL D. HARVEY                  )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| AUSA Verne Speirs | X | Atty Kevin Butler |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

Corrie Long,            FTR:  3:32-3:36 pm         Sheila Carnes,
  Law Clerk                                          Courtroom Clerk

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   STATUS AND SCHEDULING CONFERENCE

3:32 p.m.    Court convened; conference commenced (both attorneys appeared in person). Defense counsel's representation that the defendant has been evaluated by private physician(s); government's oral request that the defendant undergo a thorough psychiatric evaluation to assess his mental status at the time of the offense as well as his current condition. Parties agree that the additional evaluation should be conducted prior to the suppression hearing; court directs that suppression hearing will be scheduled after the evaluation report is filed. Government directed to file a formal motion for psychiatric evaluation.

3:36 p.m.    Conference concluded.