IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   )<br>)<br>    v.                                              )<br>)<br>**MICHAEL D. HARVEY**                 ) | CRIMINAL ACTION NO.<br>    1:06cr107-MHT |

### ORDER

It is ORDERED that the jury selection and trial of this case, now set for November 6, 2006, are reset for October 30, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 15th day of August, 2006.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE