IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      1:06cr107-MHT
MICHAEL D. HARVEY           )
```

### ORDER

The mental-competency examination of defendant Michael D. Harvey having been completed (doc. no. 31), it is ORDERED that a mental-competency hearing is set for October 19, 2006, at 2:00 p.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 13th day of October, 2006.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE