# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE        AT MONTGOMERY   ALABAMA

DATE COMMENCED  October 19, 2006          AT  2:03   A.M./P.M.

DATE COMPLETED  October 19, 2006          AT  2:05   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          1:06cr107-MHT
        vs.

MICHAEL D. HARVEY

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne Speirs | X | Atty Kevin L. Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        COMPETENCY HEARING

| | |
|---|---|
| 2:03 p.m. | Competency hearing commenced. Defendant's counsel oral report on competency issue of client. Order to issue on the competency of the defendant based on defense counsel's oral representation and filed psychiatric report as to the status of the trial. |
| 2:05 p.m. | Hearing concluded. |