IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

**ORDER SETTING HEARING**

On June 15, 2006, the defendant filed a motion to suppress (doc. # 22). Upon consideration of the motion to suppress, and for good cause, it is

ORDERED that an evidentiary hearing on the motion to suppress be and is hereby set for **November 16, 2006, at 10:00 a.m.** in Courtroom 4A, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 20th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE