IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

**ORDER**

On June 15, 2006, the defendant filed a motion to suppress (doc. # 22). An evidentiary hearing on the motion to suppress is set for 10:00 a.m. on November 16, 2006. Upon consideration of the motion to suppress, and for good cause, it is

ORDERED that on or before **November 6, 2006**, the United States shall file a response to the defendant's motion to suppress

Done this 23rd day of October, 2006.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE