IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the evidentiary hearing on the defendant's motion to suppress presently set for 10:00 a.m. on November 16, 2006, be and is hereby RESET to **3:00 p.m.** on November 16, 2006 before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 9th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE