## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 11/16/06 | AT | 3:11 p.m. to 5:55p.m. |
| DATE COMPLETED: 11/16/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

VS.  *  CASE NO. 1:06CR-107-MHT

MICHAEL D. HARVEY

    Defendant

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Verne Speirs | * | Atty. Kevin Butler |

### COURT OFFICIALS PRESENT:

**Court Room Deputy:** Wanda Stinson      **Law Clerk:** Wynn D Allen

**Court Reporter:** Mitchell Risner

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **EVIDENTIARY HEARING RE: MOTION TO SUPPRESS**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Evidentiary hrg on Motion to Suppress - 06cr107-MHT ||
| **Date** | 11/16/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 3:11:45 PM | Court | Court Convenes; parties present as noted; |
| 3:12:02 PM | Court | Parties which the rule invoked; All person who are witness in this are excesused to wait outside the courtroom until called to testify; |
| 3:13:05 PM | Atty. Speirs | Calls Agent Ryan Bostain; witness is sworn and seated; Discussion of witness background; Discussion of the investigation of the defendant; Discussion of mental issues of the defendant and interview of the defendant; Discussion and review of Govt. Exh. #1; Move to admit Govt. Exh. #1; |
| 3:24:11 PM | Court | It's admitted; |
| 3:24:17 PM | Atty. Speirs | Cont'd testimony re: the parental consent for interview of juvenile form; Discussion and review of Govt's Exh. #2; Govt. moved to admit Govt.'s Exh. #2; |
| 3:29:06 PM | Court | It's admitted; |
| 3:29:08 PM | Atty. Speirs | Cont'd testimony re: execution of the Rights Waiver form; |
| 3:36:33 PM | | |
| 3:36:37 PM | Court | Questions as to verbally acknowledged; |
| 3:36:38 PM | Witness | When I asked him if he understand his rights and he said yes; |
| 3:36:38 PM | Court | That's all he said? |
| 3:36:38 PM | Witness | Yes. |
| 3:36:43 PM | Atty. Speirs | Cont's testimony; |
| 3:36:51 PM | Atty. Speirs | Cont'd testimony; |
| 3:37:37 PM | Court | Questions to witness; |
| 3:37:37 PM | Court | Question to witness re: "he wrote the sentence", how did he tell deft what to write; |
| 3:37:47 PM | Witness | Response; |
| 3:37:54 PM | Court | Then what did he do? |
| 3:37:56 PM | Witness | He wrote the statement; |
| 3:37:58 PM | Court | Did he stop and ask you again what he had to write? |
| 3:38:01 PM | Witness | Yes sir. |
| 3:38:02 PM | Court | How many times? |
| 3:38:02 PM | Witness | Believe he only asked once; |
| 3:38:20 PM | Court | Did he ask you how to spell anything? |
| 3:38:20 PM | Witness | No sir; |
| 3:38:25 PM | Atty. Speirs | Cont'd testimony regarding the Rights waiver form; Discussion as to whether deft asked for help; |
| 3:41:03 PM | Court | Question to witness re: "he read it out loud", he read the sentence? |
| 3:41:04 PM | Witness | Yes sir; |
| 3:41:04 PM | Court | Did he stumble or have any problems reading the words? |
| 3:41:15 PM | Witness | I can't recall; |

| Time | Speaker | Description |
|---|---|---|
| 3:41:22 PM | Atty. Speirs | Cont'd testimony; Discussion as to interview procedures used; Discussion of Mr. Power leaving interview room; Discussion of incident and statements made in interview room; Discussion and review of Govt's Exh. 3 -sworn statment of deft; Govt' moves to admit Govt. Exh. #3; |
| 3:54:49 PM | Atty; Butler | No objection; |
| 3:54:49 PM | Court | It's admitted; |
| 3:54:54 PM | Atty. Speirs | Cont'd testimony; Discussion as to how agent secured information and confession from deft; |
| 4:11:36 PM | Atty. Butler | Cross - examination; Discussion of training of witness; Discussion of the interview of Mr. Harvey; |
| 4:16:30 PM | Atty. Speirs | Objection; |
| 4:16:36 PM | Atty. Butler | Response to objection; |
| 4:16:46 PM | Court | Discussion as to whether what he does now knows have any bearing on what he did at the time; |
| 4:17:14 PM | Atty. Butler | Continued testimony; Discussion of first contact with Deft. Harvey; Discussions of the execution of the interview /consent form; Discussion as to Mr. Power leaving the interview room; |
| 4:32:14 PM | Atty. Speirs | Objection to the term displeasure; |
| 4:32:15 PM | Court | Rephrase; |
| 4:32:15 PM | Atty. Butler | Cont'd testimony; Discussion that juveniles and children will some time give answers that will satisfy the interviewer; |
| 4:33:01 PM | Atty. Speirs | Objection; |
| 4:33:08 PM | Court | Response; |
| 4:34:13 PM | Atty. Butler | Response as to whether deft was given answers to satisfy the interviewer, that his statement is no longer voluntary , but a statement that is being solicited in order to end the interview; |
| 4:34:47 PM | Court | Response; |
| 4:35:13 PM | Atty. Butler | Cont'd testimony; Discussion as certain words that had to be explained to to deft; |
| 4:40:07 PM | Atty. Speirs | Re-direct; |
| 4:40:36 PM | Atty. Butler | Re-cross; |
| 4:41:28 PM | Court | Witness is excused; |
| 4:41:33 PM | Atty. Speirs | Calls Dr. Rodolfo Buigas; witness is sworn and seated; Discussion as to the evaluations for Mr. Harvey's IQ; |
| 4:51:14 PM | Atty. Butler | Cross - examination; Discussion of verbal score; |
| 4:55:20 PM | Court | Witness is excused; |
| 4:55:26 PM | Atty. Butler | Calls Mr. Stephen D. Harvey, Sr.; witness is sworn and seated; father of the defendant; Discussion of defts learning disability; Discussion of defts difficulty following instructions; |
| 5:10:12 PM | Atty. Speirs | Cross-examination; |
| 5:11:59 PM | Court | Witness is excused; |
| 5:12:01 PM | Atty. Butler | Calls Charlee Power; witness is sworn and seated; Mother of Deft - Michael Harvey; Discussion as to defts interaction with other children; Discussion as to deft following instruction at the age of 19; |

| | | |
|---|---|---|
| 5 :21:19 PM | Atty. Speirs | Cross-examination; Discussion of defts ability to put shocks on a big truck; |
| 5 :23:04 PM | Atty. Butler | Re-direct; |
| 5 :24:29 PM | Court | Witness is excused; |
| 5 :25:31 PM | Court | Will take a short recess; |
| 5 :37:09 PM | Court | Court reconvenes; |
| 5 :37:11 PM | Atty. Butler | Calls John Power; witness is sworn and seated; step-father of the deft; Discussion of interview of the deft; Left the room at Deft's request; |
| 5 :46:48 PM | Atty. Speirs | Cross-examination; Discussion as to of Govt's Exh. 1 - Parental Consent for Interview form; Discussion of the Rights waiver form; |
| 5 :50:43 PM | Atty. Butler | Re-direct; |
| 5 :52:29 PM | Court | Questions to witness re: deft's ability to understand and why leave the room when asked to do so by deft; |
| 5 :52:56 PM | Witness | Response; |
| 5 :53:16 PM | Court | Witness is excused; |
| 5 :53:23 PM | Atty. Butler | Deft rest; |
| 5 :53:31 PM | Court | Give parties opportunity to file additional briefs inlight of the evidence presented; How soon can we have a transcript of proceedings? |
| 5 :53:59 PM | Atty. Butler | Oral request for transcript; |
| 5 :54:01 PM | Mr. Mitchell | By next week; |
| 5 :54:01 PM | Court | How soon next week; |
| 5 :54:14 PM | Mr Mitchell | By Wednesday; |
| 5 :54:14 PM | Court | Will set a deadline for filing briefs for the Nov. 27th; If the transcript isn't available in time to have ample time to file brief, you can request an extension; |
| 5 :55:01 PM | Atty. Butler | Response; |
| 5 :55:09 PM | Atty. Speirs | Would like briefs filed simultaneously? |
| 5 :55:10 PM | Court | Yes; Court is recessed. |