IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 1:06CR-107-MHT |
| | * | |
| MICHAEL D. HARVEY | * | |
| Defendant | * | |

WITNESS LIST:

| GOVERNMENT | | DEFENDANT | |
|---|---|---|---|
| 1. Agent Ryan Bostain | | 3. | Mr. Stephen D. Harvey |
| 2. Dr. Rodolfo Buigas | | 4. | Mrs. Charlee Power |
| | | 5. | Mr. John Power |