IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference presently set on December 18, 2006, at 1:00 p.m. be and is hereby RESET to **December 15, 2006, at 1:00 p.m.**, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadlines for dispositive motions which is not extended.

Done this 28th day of November, 2006.

                                             /s/Charles S. Coody
                                           CHARLES S. COODY
                                           CHIEF UNITED STATES MAGISTRATE JUDGE