COURTROOM DEPUTY MINUTES                    DATE :   DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA                  DIGITAL RECORDED:  1:18 - 1:20

---

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY        DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 1:06CR107-MHT-CSC           DEFENDANT NAME: MICHAEL D. HARVEY

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. VERNE SPEIRS | ATTY.  KEVIN BUTLER |

---

√   **DISCOVERY STATUS:** Complete.

_____

_____

√   **PENDING MOTION STATUS:**  ~~NONE~~ M/suppress

_____

☑   **PLEA STATUS:** possible plea

_____

_____

☑   **TRIAL STATUS:** Defense may file another Continuance. Next trial term is in June.

_____

☑   **REMARKS:** Counter advised to get plea negotiations Completed or file motion to continue the trial.

_____