IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      1:06cr107-MHT
MICHAEL D. HARVEY           )
```

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 50) and the objections filed by defendant Michael D. Harvey (doc. no. 52); and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Michael D. Harvey's objections (doc. no. 52) are overruled;

(2) That the recommendation of the United States Magistrate Judge (doc. no. 50) is adopted; and

**(3) That defendant Harvey's motion to suppress (doc. no. 22) is denied.**

**DONE, this the 27th day of December, 2006.**

            /s/ Myron H. Thompson
            **UNITED STATES DISTRICT JUDGE**