IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

**ORDER**

Now pending before the court is defendant Harvey's motion to allow Kevin Butler to withdraw as counsel of record and motion for appointment of a CJA panel attorney (doc. # 56). Upon consideration of the motion, and for good cause, it is

ORDERED that defendant Harvey's motion to allow Kevin Butler to withdraw (doc. # 56) be and is hereby GRANTED. It is further

ORDERED that the defendant's motion to appoint a CJA panel attorney (doc. # 56) be and is hereby GRANTED and Tim Halstrom be and is hereby appointed to represent the defendant. Attorney Halstrom shall file a notice of appearance with the court.

Done this 30th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE