## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v. * | CR. NO. 1:06-CR-00107-MHT |
| * | |
| **MICHAEL DAVID HARVEY,** * | |
| **DEFENDANT** * | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as counsel for Defendant, Michael David Harvey and prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, February 13, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Michael David Harvey

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:

                /s/Timothy C. Halstrom
                Timothy C. Halstrom
                Bar Number HAL021