IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | * * * | |
| v. | * * | CR. NO. 1:06-CR-00107-MHT |
| MICHAEL DAVID HARVEY,<br>DEFENDANT | * * | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Michael David Harvey, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 US.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and, **with full knowledge of my rights, I hereby expressly waive my right to a speedy trial and pray the Court grant the Motion to Continuance** .

Done this the 10th day of May, 2007.

*/s/ Michael D Harvey*
Michael David Harvey

*/s/ Timothy C. Halstrom*
TIMOTHY C. HALSTROM
Attorney for Michael David Harvey
AL Bar Code: HAL021
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email