IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr107-MHT |
| **MICHAEL D. HARVEY** | ) | |

### ORDER

It is ORDERED that the motion to continue (doc. no. 60) is denied.  This criminal case has been pending for over a year and has been continued more than once.  It is time for this case to go to trial.

DONE, this the 15th day of May, 2007.

                                      /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE