IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v. * | CR. NO. 1:06-CR-00107-MHT |
| * | |
| **MICHAEL DAVID HARVEY,** * | |
| **DEFENDANT** * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Michael David Harvey, by and through counsel of record, and gives notice to the Court of Defendant's intent to change her plea.

Respectfully submitted this day, May 22, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Michael David Harvey

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                   /s/Timothy C. Halstrom
                   Timothy C. Halstrom
                   Bar Number HAL021