IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06CR107-MHT |
| | ) | |
| MICHAEL D. HARVEY | ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #64) filed on June 12, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **May 24, 2007**, at **1:00 p.m.,** in **Courtroom 5A**, before **United States Magistrate Judge Wallace Capel, Jr.**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 23rd day of May, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE