

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE          0035-06    3.6242

## SWORN STATEMENT

Location     : CID Ft. Rucker AL              Date: 17 Feb 06   Time: 1401
Statement of: Gregory Lee MOORE
SSN          : 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                    Grade/Status: SPC/E-4
Org/Address: 6th MP Detachment, Fort Rucker, AL 36362

---

I, Gregory Lee MOORE, want to make the following statement under oath:

On 20060116 at approximately 1835 hours my wife and children came to work to see me due to the fact that I was about to get off of work and the children were not minding. When my wife arrived at the PMO she told me that she was trying to get in contact with a person that owed her some money and that she had no success. I asked how that made her feel and she told me that it made her angry. I told her that she had waited to long and that the person had probably forgot about the money that was owed, I then asked her what the address was and she informed me that she did not know. I told her I would be right back and I left to ask the Desk Sergeant if I was allowed to find an address for my wife due to the fact of the money being owed, and he said no. While I was inside the PMO I had to run a weapons check on NCIC and by the time I was completed my wife came into the PMO and talked to SSG Kegley about an issue that had occurred while her brother (Michael D. Harvey) was down from 2 November 2005 to 28 November 2005, and in turn SSG Kegley informed me of what he was told, and asked me to talk to my wife to see if I could calm her down and get the story from her. I went to talk to my wife and asked her to tell me what had happened, and she proceeded to tell me that when her brother was down in November of 2005 that he possibly Sexually Assaulted our oldest child (█████████) which is 5 yrs of age. I then asked how that was due to the fact that we took every precaution to prevent it from happening. We only took precautions due to the fact that my wife informed me of some issues of misbehavior that her brother had in the past. I asked her to go into detail and she told me that while they were in the van ███ asked if we were going to his Grandma's and she told him that we possibly would and ███ informed her that he did not want to go because the last time that David was at our house he put his hands down my pants and played with my pee-pee. I then informed SSG Kegley and he in turn made the

EXHIBIT _____         INITIALS: _____   PAGE 1 OF 3 PA(
                    Law Enforcement Sensitive
                                                         HARVEY

SWORN STATEMENT Gregory Lee MOORE    SSN: 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 Date 17 Feb 06
TAKEN AT (CID) Fort Rucker, AL 36362                         CONTINUED

proper notifications and told me that I should not have anything to do with the issue because it involved my son. Investigator Hoover came to the PMO and obtained a statement from my wife and informed us that if at all possible both of us needed to be at the CID Office on 20060117 at approximately 1000 hours.

Q: SA FOGGER

A: SPC MOORE

Q: What is the name of the person that your wife said sexually assaulted your son ████?

A: Michael David Harvey

Q: Did ████ talk to you about the incident?

A: While ████ was sitting on the couch with David, David stuck his hands down ████ pants while they were watching T.V.

Q: Do you know what date this happened?

A: Around Thanksgiving day of 2005.

Q: What address did this incident occur?

A: 133 Red Cloud Road, Fort Rucker, AL 36362 my current address

Q: What incident happen that alerted you to be careful with David?

A: My wife told me that he had fondled a baby around a year old previously

Q: What precaution(s) did you take?

A: My wife and I were the last to sleep and the first to wake up, put alarms on all our doors inside the house and 2 on ████ door

Q: Did you see David place his hands down ████ pants?
A: No.
Q: Did ████ tell you if David touched him anywhere else?
A: No.
Q: Did ████ tell you how many times David touched his penis?
A: No. He just told me it was while they were watching TV.
Q. Do you wish to add anything to this statement?
A. No. ///End of Statement///

EXHIBIT _____    INITIALS: _____    PAGE 2 OF 3 PAGES

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

HARVEY-84

SWORN STATEMENT Gregory Lee MOORE   SSN: 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 Date 17 Feb 06
TAKEN AT (CID) Fort Rucker, AL 36362                                CONTINUED

## AFFIDAVIT

I, Gregory Lee MOORE, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 3. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 17th day of February, 2006 at Fort Rucker, AL 36362

_____
(Signature of Person Administering Oath)

SA C. Thomas FOGGER 6359
(Typed Name of Person Administering Oath)

ARTICLE 136, UCMJ
_____
(Authority To Administer Oaths)

WITNESS:
_____
_____
_____

EXHIBIT _____   INITIALS: _____   PAGE 3 OF 3 PAGES