

DEFENDANT'S
EXHIBIT
A

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

## SWORN STATEMENT

Location: CID Ft. Rucker AL    Date: 17 Feb 06  Time: 1216
Statement of: Charla Annette MOORE
SSN: ███████    Grade/Status: DW
Org/Address: 133 Red Cloud Road, Ft. Rucker, AL 36362

I, Charla Annette MOORE, want to make the following statement under oath:

On the 16, of Feb. 2006, my son, ███ stated that my brother, David, had put his hands down his pants and played with his pee pee. When asked, where he, ███, said on the couch watching TV. My brother, David came to stay with us in Nov. 05. He was only here for about 2 wks and my mom came up to get him. We, my husband and I, had alarms on all bedroom and bathroom doors in the house. The reason for this is that in Sept. 05 our oldest two boys, ███ and Will, set a fire in mine and my husbands room. I tried my best to watch everyone. I know my brother has a temper. I just didn't think this would of happened. In Nov.05 I always went and still do make sure the children are asleep before I go to bed. I set all the alarms and then I go into my room to go to bed. My bedroom door stays opened. On a night in Nov. I heard my brother's alarm go off and asked him what he was doing. My brother said he had to go to the bathroom. The next morning I woke up to no alarm just the sound of the TV. and ███ was telling me that he was awake. I went into the living room and my brother was already awake to. ███ also said later that my brother, Micheal David Harvey, said that it was a secret.

Q: SA FOGGER

A: Mrs. MOORE

Q: What is your brother David's full name?

A: Michael David HARVEY

Q: How old is your brother David?

A: 19 y/o now.

Q: When the alarm went off was that the one in your brother's room or ███ room?

A: On David's door.

EXHIBIT _____    INITIALS: _____    PAGE _1_ OF _3_ PAGES

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

HARVEY-86

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

SWORN STATEMENT OF Charla Annette MOORE SSN: 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
Date 17 Feb 06
TAKEN AT Fort Rucker, AL                           CONTINUED

Q: Do you remember what time the alarm went off?

A: No

Q: How long was David alone with  the night of the incident?

A: I have no idea.

Q: Has David ever been alone with  before?

A: No

Q: Have you ever heard of David doing this before?

A: Yes, last night my mother told me that she had caught my brother with a 15 month old with the diaper off.

Q: How long ago was this incident?

A: When David was 12 or 13.

Q. Was David investigated for this offense?

A. No, the parents dropped the charges.

Q: Did ▇▇▇ act any different the next morning after the incident in November with David?

A: Not really.

Q: Did ▇▇▇ say anything else that David might have done that night?

A: No

Q: When David came to stay with you in November was it just to visit?

A: My Mom had kicked him out of the house and my dad didn't want him to live with him either.

Q. Why was David kicked out of the house?

A. Because he was causing marital problems.

Q: When you woke up the morning after the incident did David say or act unusual?

A: No

Q: Do you remember anything conversation with David that morning?

A: No.

Q: Do you wish to add anything to this statement?

EXHIBIT _____        INITIALS: CAM        PAGE _ OF 3 PAGES

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

HARVEY-87

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

SWORN STATEMENT OF Charla Annette MOORE SSN: ███████
Date 17 Feb 06
TAKEN AT Fort Rucker, AL                                    CONTINUED
A. No.///End of Statement.///

## AFFIDAVIT

I, Charla Annette MOORE, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE __3__. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 17th day of February, 2006 at Fort Rucker, AL 36362

_____
(Signature of Person Administering Oath)

Special Agent C. Thomas FOGGER, 6359
(Typed Name of Person Administering Oath)

ARTICLE 136, UCMJ
_____
(Authority To Administer Oaths)

WITNESS:
_____
_____
_____

EXHIBIT _____    INITIALS: _____    PAGE __ OF 3 PAGES

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

HARVEY-85