IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr107-MHT |
| **MICHAEL D. HARVEY** | ) | |

<u>ORDER</u>

It is ORDERED that the government show cause, if any there be, in writing by August 8, 2007, as to why defendant Michael David Harvey's motion for variance (Doc. No. 74) should not be granted.

DONE, this the 30th day of July, 2007.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**