AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **NOTICE** |
| MICHAEL D. HARVEY | CASE NUMBER: 1:06cr107-MHT |

TYPE OF CASE:

☐ CIVIL          X  CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex 2FMJ One Church Street Montgomery, AL 36104 | 8/13/07 @ 10:00 A.M. | 8/13/07 @ 2:00 P.M. |

_Debra P. Hackett_
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

7·8·07
DATE

(BY) DEPUTY CLERK