# Attachment A

# Transcript of Testimony of Steven D. Harvey, Sr. November 16, 2006